[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
FEB 1, 2008
THOMAS K. KAHN
CLERK

_____

No. 07-13247
Non-Argument Calendar

_____

D. C. Docket No. 06-00035-CR-WLS-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LOUIS BUCHANAN, JR.,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Georgia

_____

**(February 1, 2008)**

Before EDMONDSON, Chief Judge, ANDERSON and HULL, Circuit Judges.

PER CURIAM:

Rick D. Collum, appointed counsel for Louis Buchanen, has filed a motion

to withdraw on appeal, supported by a brief prepared pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Because independent review of the record confirms counsel's conclusion that the record does not contain any potentially meritorious issues for appeal, we GRANT counsel's motion to withdraw and AFFIRM Buchanan's convictions and sentence.